UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUTH CARTER and
JAMES CARTER

VERSUS

MATRIX INITIATIVES, INC.
and ZICAM, LLC

CIVIL ACTION

NO. 08-216-JVP-DLD

## RULING AND ORDER

This matter is before the court on a joint motion to dismiss, pursuant to Rule 12(b)(6), all claims and damages not allowed by the Louisiana Products Liability Act (doc. 17).  Accordingly, the motion is hereby **GRANTED**, and **IT IS HEREBY ORDERED** that all claims and damages not allowed by the Louisiana Products Liability Act, including those based upon theories of recovery under negligence and fraud, and upon plaintiff's prayer for exemplary damages, are hereby dismissed with prejudice, each party to bear its own costs.  In light of this order, the motion by defendants, Matrixx Initiatives, Inc. and Zicam, LLC, for partial dismissal pursuant to Rule 12(b)(6) (doc. 15) is hereby **DENIED AS MOOT**.

Baton Rouge, Louisiana, March 25, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA